# C J C

**CONSUMER JUSTICE CENTER, P.A.**

*367 Commerce Court*
*Vadnais Heights, MN  55127*
*Telephone:  (651) 770-9707*
*Facsimile: (651) 704-0907*
*Internet Address: http://www.consumerjusticecenter.com*

January 16, 2019

*Via ECF*

The Honorable Becky R. Thorson
United States District Court
346 Federal Building
316 N. Robert Street
St. Paul, MN 55101

      Re:    ***Tossou v Deer Employees Credit Union et al***
              **Court File No.: 18-cv-3333 DWF/BRT**
              **Our File No.: 11439**

Dear Magistrate Judge Thorson:

      The parties have resolved the above matter.  The Stipulation for Dismissal will be filed within the coming weeks.

      Should you have any questions please do hesitate to contact my office.

                                                         Very truly yours,

                                                            s/Thomas J. Lyons Jr.
                                                            Thomas J. Lyons Jr.

TJR/aw
Cc:     All Counsel of Record (Via ECF)